**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WILLIAM P. SMITH, JR. and ANNE D. SMITH,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 04-907 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Pursuant to RCFC 83.1(c)(5), please enter the appearance of Bart D. Jeffress as attorney of record for the United States. Service of all papers by the opposing party should be addressed as follows (unless filed electronically):

Bart D. Jeffress, Esq.
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

s/ Bart D. Jeffress

BART D. JEFFRESS
*United States Department of Justice*
*Tax Division*
*Voice: (202) 307-6496*
*Fax: (202) 514-9440*

August 10, 2005

887480.1