**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WILLIAM P. SMITH, JR. and ANNE D. SMITH,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 04-907 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION TO CONSOLIDATE**

Per colloquy at status conference on August 10, 2005, the United States moves to consolidate this case with the earlier filed case Keener v. United States, Fed. Cl. No. 03-2028. The undersigned attorney of record has been authorized by counsel for plaintiff in both cases to represent that counsel for plaintiff in both cases agrees with this motion.

Respectfully submitted,

s/ Bart D. Jeffress

BART D. JEFFRESS
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: Bart.D.Jeffress@usdoj.gov*

EILEEN J. O'CONNOR

*Assistant Attorney General*
MILDRED L. SEIDMAN
*Chief, Court of Federal Claims Section*
ELLEN C. SPECKER
*Reviewer*

s/ Ellen C. Specker

August 10, 2005 Of Counsel