# In The United States Court of Federal Claims

No. 04-907T

(Filed: August 11, 2005)

---

WILLIAM P. SMITH, JR. and
ANNE D. SMITH,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On August 10, 2005, defendant filed an unopposed motion to consolidate this case with *Keener v. United States*, Case No. 03-2028T, for the limited purpose of briefing several anticipated dispositive motions. Pursuant to defendant's motion, these cases will hereby be consolidated for this purpose, until further order. All further dispositive motions in these cases, and any associated briefs therewith, shall be filed in case No. 03-2028T, with a caption reflecting the consolidation of both cases.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge